# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

CHRistopher Smith
(Name of Plaintiff)

CV-11-5122-CI

vs.

M.D Dr. edwards shoe specialist
P.A Glen Silverman Chronic Care clinic

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983 Official Individual capacity Diabetes care clinic official Individual capacity Diabetes care clinic.

(Names of ALL Defendants)

I. **Previous Lawsuits**

    A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?  ☑ YES  ☐ NO

    B. If your answer to A is yes, how many? __2__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff: Christopher Smith

            Defendants: Captain Marvin Spencer Pierce County Jail

-1-

RECEIVED
AUG 1 2 2011
CLERK U.S. DISTRICT COURT
SPOKANE, WA

(Rev. 11/09)

2. Court (give name of District): Western

3. Docket Number: 309-CV-05769-FDB-JRC

4. Name of judge to whom case was assigned: Creatura

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

    dismissed without prejudice

6. Approximate date of filing lawsuit: 2009

7. Approximate date of disposition: 2010

II. Place of Present Confinement: Washington State Penitentiary

A. Is there a prisoner grievance procedure available at this institution? ☒ YES ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint? ☒ YES ☐ NO
    If your answer is NO, explain why not: _____

C. Is the grievance process completed? ☒ YES ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint? ☐ YES ☐ NO
    If your answer is NO, explain why not: tort claim Declined Also

III. Parties to this Complaint

A. Name of Plaintiff: Christopher Smith    Inmate No.: 291523
   Address: Washington State Penitentiary. 1313 North 13th Avenue Walla Walla WA. 99362.

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: MD. Dr. Edwards    Official Position: Shoe Specialist chronic care Clinic Diabetes
   Place of Employment: Washington State Penitentiary 1313 North 13th Avenue Walla Walla WA. 99362.

-2-

2

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): P.A. Glen Silverman diabetes chronic care clinic. Washington State Penitentiary 1313 North 13th Avenue Walla Walla WA. 99362.

IV  **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

For 2 years also 3 months no diabetes shoes. on 3-12-09. I arrive chronic care Diabetes Prisoner to Washington State Penitentiary with orange sticker on file stateing chronic Diabetes Prisoner. on 7-21-09. I was chronic intake clinic interviewd intake by Glen Silverman P.A. over chronic Diabetes clinic. he assured me that i would recive adequate Diabetes foot wear. on 09-15-2010. I was Issued New Balance tenniss shoes By M.D. Dr. edwards. Also H.S.R. I stated imediatley thes are not Diabetes shoes adequate care. I wrote a grievance. He Also Glen Silverman stated due to Buggetary restrictions Also M.D. edwards stated this thats all you get I stated thes are regular tennis shoes. they Said we are Doctors their good enough. fearing for my feet. takeing insulin twice Daily. Being hospitalized in 2008 with Blood sugar 503. I was Afraid. then on 5-4-11. The worst happen I could no Longer Bare wight on my Right foot I went to sick call P.A. Glen Silverman Along with Dr. edwards look Between 4 + 5 toe they Said My God he should Have Been wearing diabetes Shoes. their was a Hole Also green infection Also unknown funsus. Later known As Pensidus. thes officials clearly gave me the wrong shoes. it caused moisture An fungus now remember I arrive-3-12-09. when PA-Glen Silverman Along with Dr. edwards Recoshize their Deliberate indifference of no Diabetes Shoes 2years 2 months. He on 5-11-11. referd me Back to Dr. edwards. Ho know He A.W. Silverman Avoided ordering Diabetes Shoes. imediatley looking at permanate damage injury. Still I did not recive diabetes shoes until 6-18-11. Even though I recived

3

H.S.R. After injury 5-11-11. then on 5-25-11. I saw M.D. Rodrigues Now im on no prolong standing 30 minnets. chronic pain pills. Daily just to walk lower bunk H.S.R. Antibiotics mental emotional disstress feelring ABputation. Buggetary restrictions was no Exscuse When careing for Diabetes patient inaidequate footwear also no Diabetes shoes caused injury. they clearly gave me wrong shoes that caused moisture New Balance ABputation some day. I sustained daily foot soaks Pain pills No prolong standing H.S.R. Past 30 minutes. Diabetic Shoes until 6-18-11. this could have been prevented with adequate footwear is essat also Diabetes 62). like myself the risk was obvious by my file on Arival then to admitted me 7-21-09. to chronic care diabetesclinic. How was it chronic care. pain meds NAproxen 500mg. Also tylenol (3) codentylenol 3.25mg (3) times Daily also no prolong standin

V. **Relief** foot infection unknown fungus. Hole in foot 4+5 Aleatoe. Right. I take insulin twice Daily. Glasspi in met formin. 3-12-09. 6-18-11. No Diabetes shoes. injury.
5-4-11. the risk was obvious with chronic deasease
(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.) How does chronic care meduhurt me care Entrusted to Dr. edwards. Also Glen Silverman. Over Diabetes Chronic Care clinic At this facility. How Did a Diabetic Arrive 3-12-09. Didnt See Diabetes Shoes until 6-18-11. 2 years 3 months. my feet are Ruined. Permanately. Cruel unusual Punishment

an amount the court deems appropriate.

for cruel unusual Punishment mental emotional Distress also chronic pain suffering All constitutional violations. Phiscicale Right foot 4+5 Hole in toe. Phiscicale injury. Now forced on pain meds to walk Daily Also no prolong standing Past 30 minutes. Also walk with a Limp to relieve wight.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___9___ day of ___10___, 20_11_.

Chris Smith
(Signature of Plaintiff)

under P.A. Silverman
Also Dr. Edwards
Poor care an Neglect:
an Buggett restrictious statement
what it cost me a insulin dependint
die-obetic to get a pair of shoes
it cost me my health.
Hole in Right foot No prolong standing 30 minutes
  foot soaks repetedly
  Antibiotics infection
  unknown fungus Hole in Right foot.
    emotional mental distress fearing abutation
    chronic pain. constant wanton infliction pain.
    medications to walk pain killers.
      takeing pain pills to go inny wear
        Lower Bunk chrono Limited mobility
          Non corrective surgery cant fix this Hole.
            Lay in some Days
              use Pumice Stone on my feet
No Diabetes Shoes 2 years 3 mouths. Because of unadequate foot wear.
  for Diabetics. At this facility
    "          thats a high price By officials.
List of medications Because of this persoual injury sustained
  GenTamicino-906 oint
  Tolnaftate 1% PWR.
Pain meds Acetaminophen 3.25 mg 3 times Daily
  Tylenol coden (3)s 3 times Daily
  Naproxen 500 mg twice Daily
  Ibiprofen 600 mg twice Daily
foot soaks
  H-S-R No prolong standing 30 minutes.
  H-S-R Lower Bunk
  H-S-R ████

5