UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>                Plaintiff,<br><br>vs.<br><br>DR. EDWARDS and P.A. GLEN SILVER,<br><br>                Defendants. | NO.  CV-11-5122-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT AND DENYING REQUEST FOR INJUNCTIVE RELIEF<br><br>**1915(g)** |

BEFORE THE COURT is Mr. Smith's 66 page "Objection," ECF No. 24, to the Report and Recommendation to dismiss his First Amended Complaint and to deny his request for injunctive relief, ECF No. 23. After review of Plaintiff's submissions, including copies of letters and grievances, the Court finds Plaintiff has failed to specifically identify the portions of the Report and Recommendation to which he is objecting or to provide a basis for the objection. To the extent Plaintiff is attempting to raise new claims regarding his religious diet, he would need to file a new and separate action after he has fully exhausted the grievance process.

Based on Plaintiff's allegations contained in the First Amended Complaint and the accompanying grievances, the Magistrate Judge found that Plaintiff had failed to present facts from which the Court could infer the named Defendants were deliberately indifferent to Plaintiff's serious medical needs. Indeed, Plaintiff's grievances demonstrated medical officials were responsive to his complaints.

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT AND DENYING REQUEST FOR INJUNCTIVE RELIEF- 1

For the reasons set forth above and by the Magistrate Judge, **IT IS ORDERED** the Report and Recommendation, ECF No. 23, is **ADOPTED in its entirety.** The First Amended Complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted and the request for injunctive relief is **DENIED.**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.   The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this   19th   day of January, 2012.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING FIRST AMENDED COMPLAINT AND DENYING REQUEST FOR INJUNCTIVE RELIEF- 2